AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **00-6230 CIV-FERGUSON**

MAGISTRATE JUDGE SNOW

CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation,

v.

SAM'S CANVAS & INTERIORS; SOUTHGATE INSURANCE AGENCY OF POMPANO BEACH, INC.; MONA KRAEER; and R. JAY KRAEER

TO: FRED W. APPLEGATE, III. 246 N. Federal Highway, Pompano Beach, Florida 33062 as Registered Agent for the Defendant, SOUTHGATE INSURANCE AGENCY OF POMPANO BEACH, INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Lance J. Wogalter
Lance J. Wogalter, P.A.
3712 W. Hillsboro Blvd.
Deerfield beach, FL 33442

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

February 16, 2000

DATE