**ENVELOPES NOT PROVIDED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISION
CASE NO: 00-6230 CIV-FERGUSON

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC., a
Florida not-for-profit corporation ,

        Plaintiff,

vs.

SAM'S CANVAS & INTERIORS;
SOUTHGATE INSURANCE AGENCY
OF POMPANO BEACH, INC.; MONA
KRAEER; and R. JAY KRAEER,

        Defendants.
_____/

## DEFENDANT, SAM'S CANVAS & INTERIORS, MOTION FOR EXTENSION OF TIME IN WHICH TO REPLY TO PLAINTIFF'S COMPLAINT

Defendant, SAM'S CANVAS & INTERIORS, by and through its undersigned representative, and pursuant to local Rule 7.1, hereby files this its Motion for Extension of Time in Which to Reply to Plaintiff's Complaint, and states:

1. On February 18, 2000, Plaintiff filed its complaint against multiple defendants alleging violations of the Americans with Disabilities Act.

2. The undersigned representative is a tenant of the premises in question, and has spent a considerable amount of time attempting to determine the responsible party. However, the undersigned is still unsure of its legal rights and has not retained counsel to represent its interests.

3. The undersigned respectfully requests a 30-day extension with which to file an answer to the complaint so that it can obtain counsel for representation.

4. No prejudice will result to plaintiff if the Court grants the relief requested.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. mail this 8th day of March, 2000 to: Lance J. Wogalter, Esquire, Lance J. Wogalter, P. A., 3712 W. Hillsboro Blvd., Deerfield Beach, FL 33442.

SAM'S CANVAS & INTERIORS
218 North Federal Highway
Pompano Beach, FL 33062

By: _____
FOR  ESSAM MOAWAD