UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAM'S CANVAS & INTERIORS, et al. <br><br> Defendants. | Case No. 00-6230-CIV-FERGUSON/SNOW <br><br><br> JOINT NOTICE OF DISMISSAL |

NOW INTO COURT, comes the plaintiff and defendants, through undersigned counsel, pursuant to Fed. R. Civ. P. 41 and file this joint notice of voluntary dismissal dismissing this action in its entirety.

Respectfully submitted,

_____
Lance J. Wogalter, Esq.
Lance J. Wogalter, P.A.
Florida Bar No. 932183
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel.   954-592-2184
Fax   954-725-1303
Counsel for Plaintiff



and

_____
H. M. Schwenke, Esq.
Harry M. Schwenke, P.A.
2780 E. Oakland Park Blvd.
P.O. Box 23939
Ft. Lauderdale, FL 33307
Tel.   305-374-5600
Fax   305-374-5095
Counsel for Defendants

## Certificate of Service

I certify that I have this 24 day of April, 2000, served a copy of the foregoing by mailing same to Lance J. Wogalter, Esq., Lance J. Wogalter, P.A., 3712 W. Hillsboro Blvd., Deerfield Beach, FL 33442 via U.S. Mail, first class postage prepaid.

_____