**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida Not-for-profit corporation,

    Plaintiff,

vs.

SAM'S CANVAS & INTERIORS, et al,

    Defendants.
_____/

Case No. 00-6230-CIV-FERGUSON

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon parties' Joint Notice of Voluntary Dismissal. Having duly considered the Notice and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that this Cause is hereby **DISMISSED**, with each party bearing its own fees and costs. **The case is closed**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 26TH day of April, 2000.

        WILKIE D. FERGUSON, JR.
        UNITED STATES DISTRICT JUDGE

copies provided:
Lance J. Wogalter, Esq.
H. M. Schwenke, Esq.

